IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
YOLANDA MITCHELL,              )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )        2:22cv22-MHT
                               )           (WO)
ELMORE COUNTY DEPARTMENT       )
OF HUMAN RESOURCES,            )
                               )
     Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 22) is adopted.

(2) Defendant's motion to dismiss (Doc. 9) is granted to the extent set forth in the recommendation.

(3) Plaintiff's claim for damages against the Elmore County Department of Human Resources is dismissed with prejudice on the basis of Eleventh Amendment immunity.

(4) Plaintiff's claims are dismissed with prejudice as to the alleged violation of plaintiff's rights that occurred in 2019 when defendant decided to remove her children from her custody.

(5) Plaintiff's motion for dismissal without prejudice (Doc. 23) is granted only to the extent that the court does not dismiss with prejudice any potential claims plaintiff may wish to raise against individuals for acts that occurred within the limitations period.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of December, 2022.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE